November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

LA MARQUE INDEPENDENT SCHOOL DISTRICT, Appellant

NO. 14-10-01269-CV                    V.

HEALTHY RESOURCES ENTERPRISE, INC., Appellee

_____

This cause, an appeal from the trial court's order denying appellant LA MARQUE INDEPENDENT SCHOOL DISTRICT's plea to the jurisdiction, signed December 21, 2010, was heard on the transcript of the record. We have inspected the record and find no error. We order the judgment of the court below **AFFIRMED**.

We order appellant, LA MARQUE INDEPENDENT SCHOOL DISTRICT, to pay all costs incurred in this appeal. We further order this decision certified below for observance.